## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALAN M. PERANO, II,
BRIAN C. DELVE,
DEREK M. KELSEY,
SCOTT B. TILLEY, JR.,
JOHN T. SHIELDS, JR., and
MATTHEW E. SANTIAGO,

          Plaintiffs,

              v.

CLARA KIM,
NCKS CORP.,
TAE JIN CORP., and
USABSK CORPORATION,
Jointly and Severally d/b/a "USA Pawn",

          Defendants.

1:11-CV-00997

## CONSENT ORDER
## TO APPROVE SETTLEMENT AGREEMENT, ENTER FLSA FAIRNESS
## DETERMINATION, AND ENTER STIPULATION OF DISMISSAL

This action is before the Court upon the unopposed motion of Plaintiffs for review and approval of a settlement agreement the parties have reached, signed by all parties, to resolve the Fair Labor Standards Act claims advanced in this lawsuit.

Upon review of the motion and the agreement, the Court finds and concludes that the settlement amount to be paid to each of the Plaintiffs pursuant to the Settlement Agreement is a reasonable compromise of disputed issues, in that each Plaintiff will receive substantially more than 100% of the back wages they seek to recover in this action for the base two-year statute of limitations period applicable to FLSA claims.   The Court further finds the amount allocated in the settlement agreement for attorney's fees and costs to be reasonable in amount in relation to the sums

recovered for the benefit of Plaintiffs and in view of the time and effort expended by Plaintiffs'

counsel.   Accordingly, the Court hereby concludes that the Settlement Agreement is approved as

being in the respective best interests of the Plaintiffs and consistent with the public policy

objectives of the Fair Labor Standards Act.

It is therefore ORDERED, by and with the consent of the parties, that the Joint Motion To

Approve Settlement, Enter FLSA Fairness Determination, and Enter Stipulation of Dismissal (Doc.

18) is GRANTED, and the parties' stipulation of dismissal of this action with prejudice shall be

entered of record.

This the 25th day of September, 2012.

UNITED STATES DISTRICT JUDGE

SIGNING AND ENTRY OF THE
FOREGOING ORDER IS CONSENTED TO:

/s/ David B. Puryear, Jr.
David B. Puryear, Jr.
N.C. State Bar No. 11063
Attorney for Plaintiffs
PURYEAR AND LINGLE, P.L.L.C.
Adams Farm Professional Center
5501-E Adams Farm Lane
Greensboro, NC   27407
Telephone: (336) 218-0227
E-mail:   puryear@puryearandlingle.com

/s/ J. David James
J. David James
N.C. State Bar No. 2329
Attorney for Defendants
Smith, James Rowlett & Cohen LLP
P.O. Box 990
Greensboro, NC 27402
Telephone: (336) 274-2992
E-mail:   jdavidjames@earthlink.net

2